| Fill in this information to identify the case: |
|---|
| Debtor name **SDRES Partners LLC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **8:26-bk-11744-SC** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Amended 20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2026**

X [signature]
Signature of individual signing on behalf of debtor

**Jason Miller**
Printed name

**Authorized Representative**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SDRES Partners LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:26-bk-11744-SC** |

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ambassador West Master Association C/O Action Property Management P.O. Box 25013 Santa Ana, CA 92799** | **communitycare@actionlife.com (949) 450-0202** | | | | | **$57,194.85** |
| **High Speed Rooter & Plumbing, Inc 10709 Vernon Ave Ontario, CA 91762** | | | | | | **$30,000.00** |
| **Vierergruppe Management Inc. 1932 East Deere Avenue Suite 150 Santa Ana, CA 92705** | **jennifer@vgruppemanagement.com (714) 442-0625** | | | | | **$26,609.24** |
| **Clear Mind Full Heart 210 S Orange Grove Blvd Pasadena, CA 91123** | | **Security Deposit** | | | | **$21,945.00** |
| **Camacho, Moises 5590 W. Mission Blvd Ontario, CA 91762** | **camachocontracting08@gmail.com** | | | | | **$7,770.00** |
| **Jerome Andrews 248 S Orange Grove Blvd, #202 Pasadena, CA 91123** | | **Security Deposit** | | | | **$5,980.00** |
| **Jo-Lynn Marie Battany 244 S Orange Grove Blvd, #203 Pasadena, CA 91123** | | **Security Deposit** | | | | **$5,800.00** |

Debtor **SDRES Partners LLC**
Name

Case number *(if known)* **8:26-bk-11744-SC**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Renee M. Dominique<br>244 S Orange Grove Blvd, #104<br>Pasadena, CA 91123** | | **Security Deposit** | | | | **$5,800.00** |
| **Vaughan Pools 127, Inc<br>dba Steve Vaughan Pool and Spa<br>514 W Maple Ave<br>Monrovia, CA 91016** | | | | | | **$5,325.00** |
| **Ann W. Paul<br>244 S Orange Grove Blvd, #103<br>Pasadena, CA 91123** | | **Security Deposit** | | | | **$4,979.50** |
| **Vincent Rojas<br>244 S Orange Grove Blvd, #101<br>Pasadena, CA 91123** | | **Security Deposit** | | | | **$4,481.55** |
| **Maranatha High School<br>169 S. St. John Ave<br>Pasadena, CA 91105** | **l_ruiz@mhs-hs.org<br>(626) 817-4052** | | | | | **$4,358.80** |
| **Gloria Fowler<br>244 S Orange Grove Blvd, #204<br>Pasadena, CA 91123** | | **Security Deposit** | | | | **$4,182.78** |
| **Judith Moore<br>248 S Orange Grove Blvd, #102<br>Pasadena, CA 91123** | | **Security Deposit** | | | | **$4,033.39** |
| **City of Pasadena<br>100 N. Garfield Ave, N106<br>P.O. Box 7115<br>Pasadena, CA 91109** | **businesslicense@cityofpasadena.net<br>(626) 744-4166** | | | | | **$3,100.00** |
| **Stanley Pest Control (290)<br>2555 Loma Avenue<br>South El Monte, CA 91733** | **Ddean@stanleypest.com<br>(714) 952-2031** | | | | | **$2,705.00** |
| **Compass<br>341 Bayside Drive<br>Newport Beach, CA 92660** | | | | | | **$2,152.80** |
| **Hampton Realty & Investment, Inc<br>706 W. Duarte Rd Unit D<br>Monrovia, CA 91016** | | | | | | **$2,152.80** |

Debtor **SDRES Partners LLC**
Name

Case number *(if known)* **8:26-bk-11744-SC**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pasadena Water and Power<br>P.O. Box 7120<br>Pasadena, CA 91109** | | | | | | **$2,122.36** |
| **SoCalGas<br>P.O. Box C<br>Monterey Park, CA 91756** | **(800) 427-2200** | | | | | **$2,104.18** |

# United States Bankruptcy Court
## Central District of California

In re **SDRES Partners LLC** Debtor(s) Case No. **8:26-bk-11744-SC**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cantor Group LLC**<br>**520 Newport Center Drive, Suite 480**<br>**Newport Beach, CA 92660** | | **100%** | **Membership Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 17, 2026** Signature

**Jason Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Cantor Group, LLC, Case No. 8:26-bk-11706, Pending**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Newport Beach, California.

Date: **June 17, 2026**

[signature]
**Jason Miller**
Signature of Debtor 1

Signature of Debtor 2

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **11,100,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **147,885.40** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **11,247,885.40** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **8,736,555.84** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **205,995.67** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **8,942,551.51** |

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$1,513.14** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$1,513.14**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **146,372.26**[1] | - | **0.00** | =.... | **$146,372.26** |

[1]**This includes amounts that may have been collected by the receiver.**

Debtor **SDRES Partners LLC** Case number *(If known)* **8:26-bk-11744-SC**
Name

12. **Total of Part 3.** **$146,372.26**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

- [x] No. Go to Part 5.
- [ ] Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- [x] No. Go to Part 6.
- [ ] Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No. Go to Part 7.
- [ ] Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [x] No. Go to Part 8.
- [ ] Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- [x] No. Go to Part 9.
- [ ] Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

- [ ] No. Go to Part 10.
- [x] Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **210, 244 -248 S. Orange Grove Blvd Pasadena, CA 91105** | | **$0.00** | **Appraisal (2023)** | **$11,100,000.00** |

56. **Total of Part 9.** **$11,100,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Debtor **SDRES Partners LLC** Case number *(If known)* **8:26-bk-11744-SC**
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- [x] No. Go to Part 11.
- [ ] Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- [x] No. Go to Part 12.
- [ ] Yes Fill in the information below.

Debtor **SDRES Partners LLC** Case number *(If known)* **8:26-bk-11744-SC**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,513.14** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$146,372.26** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*...........> | | | **$11,100,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$147,885.40** | + 91b. | **$11,100,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$11,247,885.40** |

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

| | Creditor | Property / lien | Column A | Column B |
|---|---|---|---|---|
| 2.1 | **Preferred Bank** | **Describe debtor's property that is subject to a lien** 210, 244 -248 S. Orange Grove Blvd Pasadena, CA 91105 | **$8,736,555.84** | **$11,100,000.00** |

Creditor's Name

601 S Figueroa Street
20th Floor
Los Angeles, CA 90017

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$8,736,555.84**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Employment Development Department<br>Bankruptcy Group MIC 92E<br>Sacramento, CA 94280-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **SDRES Partners LLC** Case number (if known) **8:26-bk-11744-SC**
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Orange County Tax Collector**
**601 N Ross Street**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Alvarez, Mayra**
**8118 Jackson Street**
**Paramount, CA 90723**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Ambassador West Master Association**
**C/O Action Property Management**
**P.O. Box 25013**
**Santa Ana, CA 92799**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,194.85**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**Ann W. Paul**
**244 S Orange Grove Blvd, #103**
**Pasadena, CA 91123**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,979.50**

**Date(s) debt was incurred** _

**Basis for the claim:** Security Deposit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **SDRES Partners LLC** Case number (if known) **8:26-bk-11744-SC**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.4 | **Byron Z Moldo, Esq**<br>**Ervin Cohen & Jessup LLP**<br>**9401 Wilshire Blvd, 12th Floor**<br>**Beverly Hills, CA 90212-2974**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.5 | **Cabrera , Joel**<br>**631 North Bedford Street, Apt#1**<br>**La Habra, CA 90631**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.6 | **Camacho, Moises**<br>**5590 W. Mission Blvd**<br>**Ontario, CA 91762**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,770.00** |
| 3.7 | **City of Pasadena**<br>**100 N. Garfield Ave, N106**<br>**P.O. Box 7115**<br>**Pasadena, CA 91109**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,100.00** |
| 3.8 | **City of Pasadena Fire Department**<br>**c/o Fire Recovery USA, LLC**<br>**P.O. Box 548**<br>**Roseville, CA 95678**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$88.00** |
| 3.9 | **Clear Mind Full Heart**<br>**210 S Orange Grove Blvd**<br>**Pasadena, CA 91123**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Security Deposit**<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,945.00** |
| 3.10 | **Coldwell Banker Residential Brokerage Company**<br>**c/o Jose A. Mendoza**<br>**300 Commerce, Suite 250**<br>**Irvine, CA 92602**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim: Litigation**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **SDRES Partners LLC** Case number (if known) **8:26-bk-11744-SC**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.11 | **Compass**<br>**341 Bayside Drive**<br>**Newport Beach, CA 92660**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,152.80** |
| 3.12 | **Cypress Heating & Air Conditioning, Inc.**<br>**547 South Loraine Ave**<br>**Glendora, CA 91741**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$305.42** |
| 3.13 | **Dominion Disposal**<br>**1536 E. Pinewood Ave**<br>**Anaheim, CA 92805**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$305.00** |
| 3.14 | **Firouz Mosharraf**<br>**232 S. Orange Grove Blvd.**<br>**Pasadena, CA 91123**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | **Gloria Fowler**<br>**244 S Orange Grove Blvd, #204**<br>**Pasadena, CA 91123**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Security Deposit**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,182.78** |
| 3.16 | **Hampton Realty & Investment, Inc**<br>**706 W. Duarte Rd Unit D**<br>**Monrovia, CA 91016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,152.80** |
| 3.17 | **High Speed Rooter & Plumbing, Inc**<br>**10709 Vernon Ave**<br>**Ontario, CA 91762**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

Debtor **SDRES Partners LLC** Case number (if known) **8:26-bk-11744-SC**
Name

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>**Jerome Andrews**<br>**248 S Orange Grove Blvd, #202**<br>**Pasadena, CA 91123**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,980.00** |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Jo-Lynn Marie Battany**<br>**244 S Orange Grove Blvd, #203**<br>**Pasadena, CA 91123**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,800.00** |
| 3.20 | Nonpriority creditor's name and mailing address<br>**Judith Moore**<br>**248 S Orange Grove Blvd, #102**<br>**Pasadena, CA 91123**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,033.39** |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Judith Moore and Walter Whitman Moore**<br>**c/o Licensed to Sue**<br>**248 S Orange Grove Blvd, #102**<br>**Pasadena, CA 91123**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Maranatha High School**<br>**169 S. St. John Ave**<br>**Pasadena, CA 91105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,358.80** |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Pasadena Water and Power**<br>**P.O. Box 7120**<br>**Pasadena, CA 91109**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,122.36** |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Preferred Bank**<br>**c/o John A. Moe, II**<br>**Dentons US LLP**<br>**601 S Figueroa St, Fl 25**<br>**Los Angeles, CA 90017**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **SDRES Partners LLC** Case number (if known) **8:26-bk-11744-SC**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.25 | **Renee M. Dominique**<br>**244 S Orange Grove Blvd, #104**<br>**Pasadena, CA 91123**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,800.00** |
| 3.26 | **SoCalGas**<br>**P.O. Box C**<br>**Monterey Park, CA 91756**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,104.18** |
| 3.27 | **Stanley Pest Control (290)**<br>**2555 Loma Avenue**<br>**South El Monte, CA 91733**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,705.00** |
| 3.28 | **Vaughan Pools 127, Inc**<br>**dba Steve Vaughan Pool and Spa**<br>**514 W Maple Ave**<br>**Monrovia, CA 91016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,325.00** |
| 3.29 | **Vierergruppe Management Inc.**<br>**1932 East Deere Avenue Suite 150**<br>**Santa Ana, CA 92705**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,609.24** |
| 3.30 | **Vincent Rojas**<br>**244 S Orange Grove Blvd, #101**<br>**Pasadena, CA 91123**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,481.55** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **205,995.67** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **205,995.67** |

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| State the term remaining | **Month-to-Month (MTM)** | **Ann W. Paul<br>244 S Orange Grove Blvd, #103<br>Pasadena, CA 91123** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| State the term remaining | **Approximately seven (7) years and seven (7) months** | **Clear Mind Full Heart<br>210 S Orange Grove Blvd<br>Pasadena, CA 91123** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| State the term remaining | **Month-to-Month (MTM)** | **Firouz Mosharraf<br>232 S. Orange Grove Blvd.<br>Pasadena, CA 91123** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| State the term remaining | **Month-to-Month (MTM)** | **Gloria Fowler<br>244 S Orange Grove Blvd, #204<br>Pasadena, CA 91123** |
| List the contract number of any government contract | | |

Debtor 1 **SDRES Partners LLC** Case number (*if known*) **8:26-bk-11744-SC**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| | State the term remaining | **Month-to-Month (MTM)** | **Jerome Andrews**<br>**248 S Orange Grove Blvd, #202**<br>**Pasadena, CA 91123** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| | State the term remaining | **Month-to-Month (MTM)** | **Jo-Lynn Marie Battany**<br>**244 S Orange Grove Blvd, #203**<br>**Pasadena, CA 91123** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| | State the term remaining | **Month-to-Month (MTM)** | **Judith Moore**<br>**248 S Orange Grove Blvd, #102**<br>**Pasadena, CA 91123** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| | State the term remaining | **Month-to-Month (MTM)** | **Renee M. Dominique**<br>**244 S Orange Grove Blvd, #104**<br>**Pasadena, CA 91123** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-Debtor is Landlord/Lessor** | |
| | State the term remaining | **Month-to-Month (MTM)** | **Vincent Rojas**<br>**248 S Orange Grove Blvd, #101**<br>**Pasadena, CA 91123** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **SDRES Partners LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:26-bk-11744-SC**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$172,082.24** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$587,852.41** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$647,964.57** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Judith Moore, et al. v. SDRES Partners, LLC<br>26NNCV01267** | | **Los Angeles Superior Court<br>Burbank Courthouse<br>Department B<br>300 East Olive<br>Burbank, CA 91502** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Preferred Bank v. SDRES Partners LLC<br>26NNCV01136** | | **Los Angeles Superior Court<br>Alhambra Courthouse<br>Department T<br>150 West Commonwelth<br>Alhambra, CA 91801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Preferred Bank v. SDRES Partners LLC<br>26NNCV01021** | | **Los Angeles Superior Court<br>Glendale Courthouse<br>Department D<br>600 East Broadway<br>Glendale, CA 91206** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Preferred Bank v. SDRES Partners LLC<br>26NNCV00887** | | **Los Angeles Superior Court<br>Alhambra Courthouse<br>Department T<br>150 West Commonwealth<br>Alhambra, CA 91801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Coldwell Banker Residential Company v. SDRES Partners LLC**<br>**30-2025-01536776-CU-BC-NJC** | | **Orange County Superior Court**<br>**1275 North Berkeley Avenue**<br>**Department N15**<br>**Fullerton, CA 92832** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Byron Z Moldo, Esq**<br>**Ervin Cohen & Jessup LLP**<br>**9401 Wilshire Blvd, 12th Floor**<br>**Beverly Hills, CA 90212-2974** | **210, 244, 248 South Orange Grove Boulevard, California** | **$0.00** |
| | Case title<br>**Preferred Bank v. SDRES Partners LLC**<br>Case number<br>**26NNCV01136**<br>Date of order or assignment<br>**April 3, 2026** | Court name and address<br>**Los Angeles Superior Court**<br>**Alhambra Courthouse**<br>**Department T**<br>**150 West Commonwealth**<br>**Alhambra, CA 91801** |

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raines Feldman Littrell LLP**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660** | | **06/03/2026** | **$25,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Riverside Macon Group LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Sepand Aslanzadeh**<br>**520 Newport Center Dr, Suite 480**<br>**Newport Beach, CA 92660** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Sepand Aslanzadeh**<br>**520 Newport Center Dr, Suite 480**<br>**Newport Beach, CA 92660** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Sepand Aslanzadeh**<br>**520 Newport Center Dr, Suite 480**<br>**Newport Beach, CA 92660** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Miller** | **2549 Eastbluff Dr, #720**<br>**Newport Beach, CA 92660** | **Authorized Representative** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **SDRES Partners LLC** Case number *(if known)* **8:26-bk-11744-SC**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2026**

Signature of individual signing on behalf of the debtor

**Jason Miller**
Printed name

Position or relationship to debtor **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re **SDRES Partners LLC** Debtor(s) Case No. **8:26-bk-11744-SC** Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00**[1] |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify): **The source of the retainer was a bank account held in the name of Riverside Macon Group LLC, which is owned by Deba Shyam, one of the owners of Cantor Group, LLC, the Debtor's sole member.**

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of RFL's expertise or which is beyond RFL's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in RFL's representation of the Debtor during its bankruptcy case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of RFL's specialization.**

---

**[1]This constitutes just a retainer. RFL will seek to be paid its allowed fees and expenses in excess of the retainer from property of Debtor's bankruptcy estate.**

In re **SDRES Partners LLC** Case No. **8:26-bk-11744-SC**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 17, 2026**
*Date*

**Kyra E. Andrassy**
*Signature of Attorney*
**Raines Feldman Littrell LLP**
**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
**(310) 440-4100**
**kandrassy@raineslaw.com**
*Name of law firm*

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Kyra E. Andrassy<br>4675 MacArthur Court<br>Suite 1550<br>Newport Beach, CA 92660<br>(310) 440-4100<br>California State Bar Number: 207959 CA<br>kandrassy@raineslaw.com<br><br>☑ Attorney for:</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>In re:<br>SDRES Partners LLC<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s).</td><td>CASE NO.: 8:26-bk-11744-SC<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing]</td></tr>
</table>

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Jason Miller**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**June 17, 2026**
Date

By: ______________________
Signature of Debtor, or attorney for Debtor

Name: **Jason Miller, Authorized Representative**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Cantor Group LLC**
**520 Newport Center Drive, Suite 480**
**Newport Beach, CA 92660**