**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Proposed Attorneys for
SDRES Partners LLC, Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SDRES PARTNERS LLC,<br><br>Debtor. | Case No.: 8:26-bk-11744-SC<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: July 29, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 5C<br>411 West Fourt Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

SDRES Partners LLC, the debtor and debtor-in-possession (the "**Debtor**"), hereby submits this status report for the July 29, 2026, chapter 11 status conference.

## I. BACKGROUND

On June 3, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. No request

for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

This is a case involves an 8-unit multifamily apartment and office located at 244-248 South Orange Grove Boulevard, Pasadena, California 91105 (the "**Property**").[1] Prepetition, Preferred Bank, the secured creditor, obtained the appointment of Byron Moldo as a rents and profits receiver. In 2023, Preferred Bank obtained an appraisal of the Property that valued the residential portion in as-is condition at $6.4 million and the office portion at $4.7 million. Preferred is owed approximately $9.35 million. The value of the Property as of today is the key issue in this case. Preferred Bank is obtaining an updated appraisal based on the current condition of the Property, which has allegedly deteriorated since the last appraisal. If the Property is not worth more than it was in 2023, it is likely that this case will need to be converted or dismissed and that Preferred Bank may be entitled to relief from the automatic stay. The parties are in communication with one another pending the outcome of the appraisal, and Mr. Moldo has remained in possession.

## II. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor believes it is in compliance with the requirements of the Office of the United States Trustee except that it has not opened debtor-in-possession accounts because the Receiver has remained in place and the Debtor is not collecting or disbursing any funds.

## III. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

Because of the question of the value of the Property, the Debtor is not yet prepared to propose a deadline for the submission of a disclosure statement and plan or even a claims bar date.

[1] The petition indicated that this case was a single-asset real estate case, but because of the way the parcels are situated and because of the mixed-use, it may not actually be a single-asset real estate case.

Respectfully submitted,

Dated: July 15, 2026

**RAINES FELDMAN LITTRELL LLP**

By: _/s/ Kyra E. Andrassy_
Kyra E. Andrassy
Proposed Attorneys for
SDRES Partners, LLC, Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Walter Whitman Moore** walter@licensedtosue.com, waltermooreinla@gmail.com
- **David M Poitras** dpoitras@bg.law
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 15, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 15, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL:**

20 Largest Unsecured Creditors

Ambassador West Master Association
c/o Action Property Management
PO Box 25013
Santa Ana, CA 92799

High Speed Rooter & Plumbing, Inc.
10709 Vernon Avenue
Ontario, CA 91762

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Clear Mind Full Heart
210 S Orange Grove Blvd
Pasadena, CA 91123

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762

Jerome Andrews
248 S Orange Grove Blvd, #202
Pasadena, CA 91123

Jo-Lynn Marie Battany
244 S Orange Grove
Blvd, #203
Pasadena, CA 91123

Renee M. Dominique
244 S Orange Grove Blvd, #104
Pasadena, CA 91123

Vaughan Pools 127, Inc
dba Steve Vaughan Pool and Spa
514 W Maple Ave
Monrovia, CA 91016

Ann W. Paul
244 S Orange Grove Blvd, #103
Pasadena, CA 91123

Vincent Rojas
244 S Orange Grove Blvd, #101
Pasadena, CA 91123

Maranatha High School
169 S. St. John Ave
Pasadena, CA 91105

Gloria Fowler
244 S Orange Grove Blvd, #204
Pasadena, CA 91123

Judith Moore
248 S Orange Grove Blvd, #102
Pasadena, CA 91123

City of Pasadena
100 N. Garfield Ave, N106
P.O. Box 7115
Pasadena, CA 91109

Stanley Pest Control (290)
2555 Loma Avenue
South El Monte, CA 91733

Compass
341 Bayside Drive
Newport Beach, CA 92660

Hampton Realty & Investment, Inc
706 W. Duarte Rd, Unit D
Monrovia, CA 91016

Pasadena Water and Power
P.O. Box 7120
Pasadena, CA 91109

SoCalGas
P.O. Box C
Monterey Park, CA 91756