JOHN A. MOE, II (SBN 66893)
john.moe@dentons.com
ANDREA C. CHANG (SBN 235011)
andrea.chang@dentons.com
DENTONS US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for
Secured Creditor, Preferred Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re,

SDRES PARTNERS, LLC,

Debtor.

Case No. 8:26-BK-11744-SC

Chapter 11

**NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPLEMENTAL INFORMATION, INCLUDING COMPLETED CHART ON PAGE 8 OF THE FORM PART OF THE MOTION AND CORRECTION TO MASTER CHARTS ATTACHED TO MOTION AND THE DECLARATION OF LINCHU LIN**

Date: September 16, 2026
Time: 1:30 p.m.
Place: Courtroom 5C – Virtual
411 West Fourth Street
Santa Ana, CA 92701

Secured Creditor Preferred Bank files this *Notice Of Non-Opposition* in regard to its *Motion For (A) Relief From The Automatic Stay Under 11 U.S.C. § 362 (Real Property), and (B) Relief From Turnover Under 11 U.S.C. § 543 By Prepetition Receiver Or Other Custodian (with supporting declaration)* which was filed with an accompanying *Memorandum Of Points And Authorities In Support Of Motion For*

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

*Relief From The Automatic Stay And Relief From Turnover Under 11 U.S.C. § 543* [Docket No. 35] (together, the motion and memorandum, the "**Motion**"). In support of Motion, Preferred Bank also filed the *Declaration Of Lingchu Lin In Support Of Preferred Bank's Motion for Relief From the Automatic Stay and For Relief From Turnover by Prepetition Receiver, With Exhibits* [Docket No. 36] (the "**Lin Declaration**") and the *Declaration of Robert W. Gutzman, MAI, In Support Of Preferred Bank's Motion For Relief From Automatic Stay and Relief From Turnover by Prepetition Receiver* [Docket No. 37].

In further support of the Motion, the Receiver appointed by the Superior Court, Byron Moldo, filed the *Declaration Of Byron Z. Moldo In Support Of Preferred Bank's Motion For Relief From The Automatic Stay And For Relief From Turnover By Prepetition Receiver* [Docket No. 38].

No opposition has been filed to the Motion. The Debtor's most recent *Chapter 11 Status Report* [Docket No. 41] confirms that the Debtor does not oppose the Motion.

In the *form* part of the Motion, Preferred Bank submitted the chart on page 8 at Number 12, *without* the amount scheduled by the Debtor, because, at the 341(a) Meeting of Creditors, the Debtor's counsel indicated she was going to supplement the Schedules, most significantly, as to the taxes. An *Amended Schedule "D"* was filed on September 3, 2026 [Docket No 42]. Accordingly, the chart below identifies the amounts scheduled by the Debtor in its *Amended Schedule "D"*:

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

| Name of Holder | Amount as Scheduled by Debtor (if any) | Amount known to Declarant and Source |
|---|---|---|
| 1st deed of trust: Preferred Bank | $8,736,555.84[1] (apparently 1st & 2nd loans) | $9,103,283.76 |
| 2nd deed of trust: Preferred Bank | | $462,247.65 |
| 3rd deed of trust: | | 0.00 |
| Judgment liens: | | 0.00 |
| Taxes: | $602,454.65[2] | $595,427.99 |
| Other: | | $253,468.16 |
| **TOTAL DEBT:** See Master Chart attached as Exhibit "3" | $9,339,010.49 | $10,414,427.56 |

The Chart also corrects the third column where the amount of taxes in the original chart incorrectly reflected the amount of "receivership expenses" as the "taxes." The taxes are now correctly reflected as $595,427.99, which means "Other" changed to $253,468.16 (receivership expenses of $227,443.03 and HOA fees of $26,025.13).

Finally, there was a fifty cents error in the principal amount due on Preferred Bank's original loan, so Exhibit "3" attached to the Motion and Exhibit "II"[3] attached to the Lin Declaration have been corrected and are attached.

---

[1] The obligation due Preferred Bank is <u>not</u> marked as disputed.

[2] Real property taxes were identified in the original Schedules for Orange County at $0.00. *Amended Schedule "D"* lists taxes for Los Angeles County in the amount of $602,454.65.

[3] The Chart that was Exhibit "II" to the Lin Declaration also has been corrected to reflect the correct amount of pre-receivership HOA fees which are $26,025.13.



Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
213 623 9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

September 9, 2026

DENTONS US, LLP
JOHN A. MOE II,
ANDREA C. CHANG

By /s/ John A. Moe, II
JOHN A. MOE, II
Attorneys for Secured Creditor
Preferred Bank

# CORRECTED EXHIBIT “3”
## FOR MOTION FOR RELIEF FROM STAY

**EXHIBIT "3" TO THE MOTION FOR RELIEF FROM STAY**

| | First Loan to June 3rd | First Loan 6/3/26 – 8/6/26 | Second Loan to June 3rd | Second Loan 6/3/26 – 8/6/26 | Totals |
|---|---|---|---|---|---|
| Principal | $7,914,950.21 | $0.00 | $339,891.40 | $0.00 | $8,254,841.61 |
| Accrued Interest | $353,233.87 | $94,979.40 | $11,697.93 | $4,229.76 | $464,140.96 |
| Default Interest | $218,100.85 | $112,568.18 | $12,915.87 | $4,834.01 | $348,418.91 |
| Late Charges | $66,672.73 | $5,175.69 | $0.00 | $0.00 | $71,848.42 |
| Legal Fees | $193,013.17 | $91,819.92 | $37,362.78 | $41,090.90 | $363,286.77 |
| Foreclosure Fees and Title Fees | $42,211.44 | $333.30 | $0.00 | $0.00 | 42,544.74 |
| Appraisal Fees | $6,950.00 | $13,500 | $0.00 | $0.00 | $20,450.00 |
| Taxes | | | | | $595,427.99 |
| HOA Fees | | | | | $26,025.13 |
| **TOTAL** | | | | | $10,186,984.53 |
| | **Receivership Fees to June 3rd** | **Receivership Fees 6/3/26 – 8/6/26** | | | |
| Receiver Fees And Costs | $0.00 | $67,087.75 | | | 67,087.75 |
| Jalmar Fees | $3,112.09 | $5,000.00 | | | $8,112.09 |
| Jalmar Maintenance | $26,868.15 | $11,694.38 | | | $38,562.53 |
| Maintenance And Repairs | $77,433.88 | $36,246.78 | | | $113,680.66 |
| Maintenance Repairs To Be Done | | | | | $392,296.00 |

$10,186,984.53 + $227,443.03 = $10,414,427.56

Corrected 50¢ error in principal amount of $7,914,950.71 to $7,914,950.21, and corrected HOA fees from $29,400 to $26,025.13.

# CORRECTED EXHIBIT "II"
## FOR DECLARATION
## OF LINCHU LIN

## EXHIBIT "II" TO THE DECLARATION OF LINGCHU LIN

| | First Loan to June 3rd | First Loan 6/3/26 – 8/6/26 | Second Loan to June 3rd | Second Loan 6/3/26 – 8/6/26 | Totals |
|---|---|---|---|---|---|
| Principal | $7,914,950.21 | $0.00 | $339,891.40 | $0.00 | $8,254,841.61 |
| Accrued Interest | $353,233.87 | $94,979.40 | $11,697.93 | $4,229.76 | $464,140.96 |
| Default Interest | $218,100.85 | $112,568.18 | $12,915.87 | $4,834.01 | $348,418.91 |
| Late Charges | $66,672.73 | $5,175.69 | $0.00 | $0.00 | $71,848.42 |
| Legal Fees | $193,013.17 | $91,819.92 | $37,362.78 | $41,090.90 | $363,286.77 |
| Foreclosure Fees and Title Fees | $42,211.44 | $333.30 | $0.00 | $0.00 | 42,544.74 |
| Appraisal Fees | $10,225.00 | 0.00 | $10,225.00 | 0.00 | $20,450.00 |
| **TOTAL** | $8,798,407.77 | $304,876.49 | $412,092.98 | $50,154.67 | $9,565,531.41 |
| | **Taxes & HOA Fees** | | | | |
| Taxes | | | | | $595,427.99 |
| HOA Fees | | | | | $26,025.13 |
| **TOTAL** | | | | | $621,453.12 |
| | **Receivership Fees to June 3rd** | **Receivership Fees 6/3/26 – 8/6/26** | | | |
| Receiver Fees And Costs | $0.00 | $67,087.75 | | | 67,087.75 |
| Jalmar Fees | $3,112.09 | $5,000.00 | | | $8,112.09 |
| Jalmar Maintenance | $26,868.15 | $11,694.38 | | | $38,562.53 |
| Maintenance And Repairs | $77,433.88 | $36,246.78 | | | $113,680.66 |
| **TOTAL** | | | | | $227,443.03 |
| Maintenance Repairs To Be Done | | | | | $425,286.00 |

$9,565,531.41 + $621,453.12 + $227,443.03 = $10,414,427.56

Corrected 50¢ error in principal amount of $7,914,950.71 to $7,914,950.21

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017-5704

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPLEMENTAL INFORMATION, INCLUDING COMPLETED CHART ON PAGE 8 OF THE FORM PART OF THE MOTION AND CORRECTION TO MASTER CHARTS ATTACHED TO MOTION AND THE DECLARATION OF LINCHU LIN
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 9, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 9, 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 9, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY FEDERAL EXPRESS**
Hon. Scott C. Clarkson
U. S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 9, 2026 | | */s/ Kathleen Cwik* |
| *Date* | *Printed Name* | *Signature* |

**SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**

•**Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
**Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
**Ira David Kharasch** ikharasch@pszjlaw.com
**Kenneth Misken** Kenneth.M.Misken@usdoj.gov
**John A Moe** john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
**Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
**Walter Whitman Moore** walter@licensedtosue.com, waltermooreinla@gmail.com
**David M Poitras** dpoitras@bg.law
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**

SDRES Partners LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660

Joseph M. Rothberg
Levene, Neale, Bender, Yoo & Golubchik, LLP
2818 La Cienega Avenue
Los Angeles, California 90034

Cia Mackle
Brook E Wilson
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 13th Fl
Los Angeles, CA 90067-4100